P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

Discharged

JUL 07 2014

RE: WR-79,318-02

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.406
02 1R
000 2003152          JUL 02 2014
MAILED FROM ZIP CODE 78701

LEROY EDWARD COTY
COFFIELD UNIT - TDC #1726529
2661 FM 2054
TENNESSEE COLONY, TX 75884